UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JI YUN LEE,

     Petitioner,    22-cv-4476 (JGK)

 - against -       ORDER

FEDERAL BUREAU OF PRISONS ET AL.,
     Respondents.

---

JOHN G. KOELTL, District Judge:

 The time for the respondents to respond to the petition is August 19, 2022. The time for the petitioner to reply is September 9, 2022.

SO ORDERED.
Dated: New York, New York
    July 19, 2022

            _____
            John G. Koeltl
           United States District Judge